IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SHARON MARIE JOHNSON,           )
                                )
     Plaintiff,                 )
                                )    No: 3:10-0430
          v.                    )    Judge Echols
                                )    **Jury Demand**
JANSSEN PHARMACEUTICA, INC.,    )
et al.,                         )
                                )
     Defendants.                )
```

## O R D E R

I hereby **RECUSE** myself of this matter. The Clerk is **directed** to reassign this case to another Magistrate Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge